■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BROWN, Appellant

The defendant's contention that he was denied effective assistance of counsel is without merit *(see, People v LaConte,* 172 AD2d 775; *see also, People v Rivera,* 71 NY2d 705; *People v Baldi,* 54 NY2d 137). Bracken, J. P., Kunzeman, Eiber, Balletta and Ritter, JJ., concur.